# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SHANEQUA WATSON, </br>on behalf of herself and all others similarly situated, </br></br>Plaintiffs, </br></br>vs. </br></br>CREDIT CONTROL, LLC, </br></br>Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) CASE NO. 4:19CV137 HEA </br> ) </br> ) </br> ) </br> ) |

## ORDER OF DISMISSAL

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that this matter is dismissed.

Dated this 6th day of March, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE